No. 456. DAVIS *v.* UNITED STATES. The motion for leave to file an amended petition for certiorari is granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Frank J. Donner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 469. CITY OF MURFREESBORO, TENNESSEE, *v.* RUTHERFORD COUNTY, TENNESSEE. The motion to strike memorandum of Tennessee Valley Authority, as *amicus curiae,* is denied. Petition for writ of certiorari to the Supreme Court of Tennessee, Middle Division, denied. *Alfred B. Huddleston, Edwin F. Hunt* and *Joseph C. Swidler* for petitioner. *Granville S. Ridley* and *Granville S. Ridley Bouldin* for respondent. *Solicitor General Rankin* and *Charles J. McCarthy* filed a memorandum for the Tennessee Valley Authority, as *amicus curiae. John Frank Bryant, Walter Lee Price, Robert E. Banks* and *B. B. Fraker* filed a brief for the Cities of Johnson City, Elizabethton and Greeneville, Tennessee, as *amici curiae,* in support of the petition.

No. 83, Misc. HULLOM *v.* BURROWS ET AL. C. A. 6th Cir. Certiorari denied.

No. 128, Misc. RUSSELL *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Lawrence Ross,* Assistant Attorney General, for respondent.

No. 267, Misc. WILLIAMS *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.